```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ILLINOIS
                        EASTERN DIVISION
```

UNITED STATES OF AMERICA           )
ex rel. TIMOTHY BELL #B-70669,     )
                                   )
              Petitioner,          )
                                   )
    v.                             )     No.  08 C 5622
                                   )
EDDIE JONES,[1]                    )
                                   )
              Respondent.          )

## MEMORANDUM ORDER

This Court's October 7, 2008 memorandum order explained that some incompleteness of the information contained in the 28 U.S.C. §2254 Petition for Writ of Habeas Corpus ("Petition") filed by Timothy Bell ("Bell") had made it impossible for this Court to determine what judicial action may be appropriate to deal with the Petition. Bell has now provided a timely response by filing a document captioned "Supplementation of Habeas Corpus Petition/Answer-To-Memorandum Order," which attaches some exhibits that he had not previously furnished.

Bell cannot of course be faulted for his inability to provide full documentation in support of his effort to obtain habeas relief. What is now needed is an answer from the Attorney

---

[1] Because the Supplementation referred to in the text has replaced Eddie Jones' name with the name Carole Adems, this Court assumes that she is now the proper respondent custodian at Pontiac Correctional Center. If that is indeed the case, Fed. R. Civ. P. 25(d) calls for her automatic substitution as the party respondent. This Court will await further information on the subject before causing the change to be made.

General's office representing the respondent custodian, to be filed in accordance with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts. That response is ordered to be filed on or before December 2, 2008, after which filing this Court will determine the nature of, and the timetable for, further proceedings in the case.

                                                  Milton I. Shadur
                                                  Senior United States District Judge

Date: October 28, 2008